**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KELVIN LOPEZ,

      Plaintiff,

vs.                                               CASE NO. 6:07-CV-66-ORL-19GJK

FLORIDA POOL ENCLOSURES, INC.,
MIKE DELAHOZ,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 38, filed February 1, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 38) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 37, filed January 31, 2008) is **GRANTED** as a fair and reasonable resolution of a bona fide dispute. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of Court is directed to close this case**.**

**DONE AND ORDERED** at Orlando, Florida, this ___15th___ day of February, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record